| | |
|---|---|
| ROBERT J. YORIO (SBN 93178) | J. ROBERT CHAMBERS (ADM. *PRO HAC VICE*) |
| COLBY B. SPRINGER (SBN 214868) | CHARLES S. CROMPTON (SBN 138825) |
| TAM THANH THI PHAM (SBN 229090) | TRACEY LYNN ORICK (SBN 240904) |
| **CARR & FERRELL LLP** | **LATHAM & WATKINS LLP** |
| 2200 Geng Road | 505 Montgomery Street # 2000 |
| Palo Alto, CA 94303 | San Francisco, CA 94111 |
| Phone:  (650) 812-3400 | Phone:  310.557.2900 |
| Fax:  (650) 812-3444 | Fax:  310.557.2193 |
| ryorio@carrferrell.com | bchamber@whepatent.com |
| cspringer@carrferrell.com | charles.crompton@lw.com |
| tpham@carrferrell.com | tracey.orick@lw.com |
| | |
| Attorneys for Plaintiff / Counter-Defendant | Attorneys for Defendant / Cross Complainant |
| Scientific Specialties Inc. | Thermo Fisher Scientific Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                *E-FILED - 2/25/09*

| | |
|---|---|
| SCIENTIFIC SPECIALTIES INC. | Case No.:  5:08-cv-5224-RMW |
| Plaintiff, | |
| v. | **[] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| THERMO FISHER SCIENTIFIC INC. | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Good cause appearing with respect to the continued settlement efforts of the Parties, the Case Management Conference presently calendared for February 27, 2009, is hereby taken off calendar. All other dates identified in the CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE dated January 26, 2009 are also taken off calendar.

1

2  The initial Case Management Conference is hereby rescheduled to March 27, 2009, at 10.30 AM in

3  Courtroom 6, 4th Floor of the U.S. Courthouse, 280 S. First Street, San Jose, California.

4

5  Not less than seven (7) calendar days before the rescheduled conference, the Parties shall file a joint

6  case management statement.

7

8  PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10

11  DATED:  FEBRUARY  25, 2009                    _____
                                                  HON. RONALD M. WHYTE
12                                                UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order to Continue Initial Case Management Conference
-2-
Case No. 5:08-cv-5224-RMW