*E-FILED - 11/2/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCIENTIFIC SPECIALTIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THERMO FISHER SCIENTIFIC INC., a Delaware Corporation<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. C 08-05224 RMW (RS)<br><br>**[] ORDER GRANTING DEFENDANT THERMO FISHER SCIENTIFIC INC. PERMISSION TO USE ELECTRONIC DEVICES**<br><br>Judge:   The Honorable Ronald M. Whyte<br>Date:    November 3, 2009<br>Time:    9:00 a.m.<br>Courtroom: 6 (Fourth Floor)<br><br>Complaint Filed: November 19, 2008 |

A hearing will take place in the above-captioned case on November 3, 2009 at 9:00 a.m. in Courtroom 6 of the United States District Court for the Northern District of California, located at 280 South 1st Street, San Jose, CA. Defendant Thermo Fisher Scientific Inc. wishes to use audio-visual equipment to assist in the presentation of its arguments.

It is hereby ordered that Defendant Thermo Fisher Scientific Inc. be permitted to install and use in Courtroom 6 the following equipment:

- Projector, Projector Screen, and Stand
- 2 Laptop Computers (in addition to counsel's laptop), 1 Mouse

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[] ORDER GRANTING DEFENDANT
PERMISSION TO USE ELECTRONIC EQUIPMENT
CASE NO. C 08-05224 RMW (RS)

- Cables (VGA, Power, Extension), Port Switch, Power Strips, Tape to Cover Cables

Counsel for Thermo Fisher Scientific Inc. is also GRANTED permission to enter the courtroom to set up the equipment listed above on:

- 

- Tuesday, November 3, 2009 at 8:00 a.m.

IT IS SO ORDERED.

Dated: ___11/2/09_____

_____
Hon. Ronald M. Whyte
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   [] ORDER GRANTING DEFENDANT
PERMISSION TO USE ELECTRONIC EQUIPMENT
CASE NO. C 08-05224 RMW (RS)