*E-FILED - 6/2/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCIENTIFIC SPECIALTIES, INC., a California Corporation,<br><br>Plaintiff & Counterdefendant,<br><br>v.<br><br>THERMO FISHER SCIENTIFIC INC., a Delaware Corporation<br><br>Defendant & Counterclaimant. | CASE NO. C 08-05224 RMW (PVT)<br><br>**[] ORDER GRANTING THE PARTIES' JOINT REQUEST AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:  November 19, 2008 |

This Court GRANTS the Parties' Joint Request and Stipulation to Continue the Case Management Conference. By this Order, the Case Management Conference scheduled for June 4, 2010 is continued to August 13, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  6/2/10

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[] ORDER GRANTING REQUEST TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 08-05224 RMW (RS)

1